UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:24MJ22 (TOF)

| | |
|---|---|
| In Re: APPLICATION FOR | : |
| | : ss. Hartford, Connecticut |
| SEARCH WARRANT | : |
| | : |

A F F I D A V I T

I, JOHNNY MUNIZ, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I have been a United States Postal Inspection Service (USPIS) Task Force Officer since September 2019. I am assigned to the Boston Division, working out of Hartford, Connecticut. I have been a duly sworn police Detective for the City of Hartford (CT) Police Department for the past 16 years. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions. I have been the affiant on several search warrant applications that have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force, (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, and Groton Police Departments, and a Special Agent from the United States Postal Service (USPS) Office of Inspector General.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

4. I have personally been involved in investigations related to the transportation of marijuana, cocaine, and heroin through the United States Mail. In fact, based on my training and experience, I am aware that it is common for individuals to ship such controlled substances through the United States Mail.

5. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the USPS. I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

7. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

8. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

9. Unless stated otherwise:

a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

b. all dates are set forth on or about the approximate date; and

c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.     DESCRIPTION OF THE SUBJECT PARCEL

10. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9405 5112 0621 7940 5086 27, addressed to Micheal Rosario 130 Westbourne Pkwy Hartford CT 06112," and bearing the return address "Leon Smith 9908 Olive St. Temple City Ca 91780" (the "SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances and/or proceeds derived from the distribution of controlled substances.

11. On or about January 8, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 7 lbs. and 0 oz. The SUBJECT PARCEL is a medium-sized parcel with a Priority Mail label, depicted below:



12. A review of database records indicates that the delivery address on the SUBJECT PARCEL, "130 Westbourne Pkwy Hartford CT 06112", is an actual address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, did not return a result for a "Micheal Rosario" as a current resident of 130 Westbourne Pkwy Hartford CT 06112. The return address on the SUBJECT PARCEL, "9908 Olive St. Temple City Ca 91780" is a valid address through CLEAR database. A check of law enforcement (i.e., CLEAR) did not return any results for a "Leon Smith 9908 Olive St. Temple City Ca 91780."

13. On January 08, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection dog. The SUBJECT PARCEL was individually placed among four other similar sized parcels prior to the handler arriving. Upon examination of the parcels, the K9 handler informed me that the canine alerted to the SUBJECT PARCEL. The handler then left the area with the K9. The parcels, including the SUBJECT PARCEL, were rearranged in different positions on the floor. The handler and canine were called in again. The K9 handler informed me that the canine alerted to the SUBJECT PARCEL once again.

14. Canine Hawk and TFO/Hartford Police Detective Z. Kashmanian were certified by the Connecticut State Police and the Connecticut State Forensic Laboratory, on May 13, 2022, after completing 12 weeks of training and imprinting, in accordance with NESPAC standards. Canine Hawk was trained to detect the odor of the following controlled substances. Cocaine, Crack Cocaine, Heroin, MDMA, and Methamphetamine. Canine Hawk and TFO/Detective Kashmanian re-certifies on these odors on an annual basis.

15. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service Domicile located at 141 Weston St. Hartford, CT 06101.

### III.    CONCLUSION

16. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Johnny Muniz
Digitally signed by Johnny Muniz
Date: 2024.01.09 09:38:08 -05'00'

JOHNNY MUNIZ
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this _____ day of January 2024.

Date: 2024.01.09 16:53:49 -05'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Property to Be Searched

USPS Priority Mail parcel displaying USPS Tracking Number 9405 5112 0621 7940 5086 27, addressed to Micheal Rosario 130 Westbourne Pkwy Hartford CT 06112, and bearing a return address Leon Smith 9908 Olive St. Temple City Ca 91780, is depicted below, and which is presently in the custody of the U.S. Postal Inspection Service Domicile located at 141 Weston Street, Hartford, CT 06101.



1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.